THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES T. LANE, | : |
| Plaintiff, | : |
| v. | : 3:14-CV-01045 |
| | : (JUDGE MARIANI) |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., | : |
| Defendant. | : |

## ORDER

AND NOW, THIS \_\_7th\_\_ DAY OF MAY, 2015, upon consideration of Defendant's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6), **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion to Dismiss (Doc. 7) is **DENIED**.

2. The Court notes that two Motions, including Defendant's Motion to Sever and Bifurcate the Contractual and Bad Faith Claims and to Stay Bad Faith Discovery (Doc. 23) remain pending. Defendant shall have **FOURTEEN (14) DAYS** from the date of this Order in which to file a status report stating whether the relief requested in the Motion to Sever or Bifurcate and to Stay has been rendered moot, in whole or in part, by the Court's accompanying Opinion and the parties' apparent agreement to engage in bad faith discovery, (see Stipulation, Doc. 42, at ¶ 1).

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge