THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES T. LANE,

        Plaintiff,

v.                                                     3:14-CV-01045
                                                       (JUDGE MARIANI)
STATE FARM MUTUAL AUTOMOBILE
INSURANCE CO.,

        Defendant.

## ORDER

AND NOW, THIS 18th DAY OF MAY, 2015, upon consideration of Plaintiff's Motion to Compel Defendant to Respond to Notice to Produce (Doc. 33), **IT IS HEREBY ORDERED THAT**, as to all issues remaining in that Motion after it was narrowed by stipulation of counsel (*see* Docs. 44; 47; 48), the Motion to Compel is **DENIED**.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge